UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                :
ZENGHUI GU,                                                          :

                          Petitioner,           :                25-cv-9240

               -v-                      :         ORDER TO ANSWER, 28
                                                 :         U.S.C. § 2241
JUDITH C. ALMODOVAR, et al.,     :

                        Respondents.   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Petitioner, who is detained at 26 Federal Plaza, New York, NY 10278, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. *See* Dkt. No. 1.

       The Court, having examined this Section 2241 petition, hereby ORDERS that:

       (1) Within three days of the date of this order, the U.S. Attorney's Office shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

       (2) Petitioner shall have the opportunity to reply to the government's response within three days.

       (3) To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.

       (4) Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey, in light of Petitioner's interests in participating in further proceedings before this Court and maintaining adequate access to legal counsel throughout these proceedings.

       (5) The Clerk of Court shall electronically notify the Civil Division of the U.S.

Attorney's Office for the Southern District of New York of this order at the following email address: jeffrey.oestericher@usdoj.gov.

    SO ORDERED.

Dated: November 6, 2025
       New York, New York

                                        LEWIS J. LIMAN
                                        United States District Judge