UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ZENGHUI GU,                                               :

                          Petitioner,             :             25-cv-9240 (LJL)

            -v-                                :             <u>ORDER</u>

JUDITH C. ALMODOVAR, et al.,         :

                        Respondents.        :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the parties' respective memoranda of law regarding the petition for a writ of habeas corpus. Dkt. Nos. 1, 6, 8.

      The Court will hold an evidentiary hearing on the petition tomorrow, November 13, 2025, at 3:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007. At that hearing, Respondents should be prepared to address the facts underlying the declaration at Dkt. No. 7, as well as the underlying merits of the petition.

      A copy of this Order will be emailed to counsel for both Petitioner and Respondents.

      SO ORDERED.

Dated: November 12, 2025
       New York, New York

                                                       LEWIS J. LIMAN
                                                       United States District Judge