**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 13, 2025

By ECF
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Gu v. Almodovar*, 25-cv-9240 (LJL)

Dear Judge Liman:

This Office represents the government in the above-referenced habeas corpus matter, which was filed on November 5, 2025. On November 10, 2025, the government filed a motion to dismiss the case or transfer it to the District of New Jersey. ECF Nos. 5-7. On November 12, 2025, the petitioner filed an opposition to that motion. ECF No. 8. During the evening on November 12, the Court issued an order setting an evidentiary hearing in the case for the next day, November 13, at 3:00 p.m. ECF No. 9. I write respectfully, with the consent of petitioner's counsel, to request an adjournment of the evidentiary hearing until a date convenient to the Court next week. The parties are both available on any of the following dates and times: the morning of November 19, all day on November 21, and all day on November 24.

I make this request principally because additional time is needed for the government to prepare for an evidentiary hearing and to secure the necessary witnesses. The government also plans to file a reply in further support of its motion, which will address the arguments the petitioner has presented in opposition to the government's motion. Lastly, I supervise all of the immigration litigation in our Office, and thus in addition to handling my own cases, a substantial portion of my time is spent assisting and advising others and reviewing filings in other cases, which includes at least seven other briefs in habeas matters with deadlines today and tomorrow. Thus, additional time is needed for the government to adequately prepare for an evidentiary hearing in this case.

This is the first request for an adjournment of the hearing, and as noted above, petitioner's counsel consents to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)

The request is GRANTED. The evidentiary hearing scheduled for November 13, 2025, is adjourned to November 19, 2025 at 10:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

It is FURTHER ORDERED that Respondents' reply brief shall be due by November 16, 2025, at 5:00 PM.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 13, 2025